UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 0864 0:22CR00225-002 |
| ) | NEB / TNL |
| AYAN JAMA, et al, ) | |
| ) | |
| Defendant. ) | **SUBSTITUTION OF COUNSEL &** |
| ) | **NOTICE OF APPEARANCE** |

The undersigned attorney hereby notifies the Court and Counsel that Robert H. Ambrose shall substitute as counsel for Steven J. Wright and appear as counsel of record for Defendant Ayan Jama in this matter.

Respectfully submitted,

**AMBROSE LAW FIRM, PLLC**

Dated: 9/30/2022    /s/ Robert H. Ambrose
Robert H. Ambrose
MN Attorney No. 0389899
Attorneys for Defendant
120 South Sixth St. #2480
Minneapolis, MN 55402
Phone: (612) 547-3199
Fax: (612) 392-9696
Email: ambroselegal@icloud.com

1