UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-225(4) (NEB/TNL)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

(4) FARTUN JAMA,

    Defendant.

**MOTION TO DISMISS INDICTMENT AGAINST DEFENDANT FARTUN JAMA**

The United States of America, by and through its attorneys, Andrew M. Luger, United States Attorney for the District of Minnesota, and Joseph H. Thompson, Matthew S. Ebert, Harry M. Jacobs, and Chelsea A. Walcker, Assistant United States Attorneys, respectfully moves the Court for an order dismissing the Indictment against the above-named defendant, as he is deceased, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: November 7, 2023

Respectfully Submitted,

ANDREW M. LUGER
United States Attorney

BY: */s/ Chelsea Walcker*
CHELSEA A. WALCKER
(Attorney ID No. 0396792)
JOSEPH H. THOMPSON
(Attorney ID No. 0343031)
MATTHEW S. EBERT
(Attorney ID No. 0386655)
HARRY M. JACOBS
(Attorney ID No. NY5239314)
Assistant United States Attorneys