UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

                    Plaintiff,                **DEFENDANTS' NOTICE OF**
                                              **DEFENSES PURSUANT TO**
                                              **FED. R. CRIM. P. 12.3(a)**
v.
                                              Case No. 22-cr-00225 (NEB-DTS)
Sharmake Jama (1),
Ayan Jama (2),
Asha Jama (3),
Mustafa Jama (5), and
Zamzam Jama (6)

                    Defendants.

Defendants, by and through their undersigned attorneys, hereby provide notice of their intention to assert an entrapment-by-estoppel defense, as required by Fed. R. Crim. P. 12.3(a),[1] and submit the following information in support:

**Agencies Involved (Rule 12.3(a)(2)(A)):** Feeding Our Future (FOF) (exercising actual government authority explicitly delegated from Minnesota Department of Education (MDE) to FOF pursuant to 7 C.F.R. § 226.6(b)(4)(iii)(A)).

---

[1] Fed. R. Crim. P. 12.3 establishes requirements for disclosure of a public-authority defense, requiring that notice must be made pursuant to the rule "within the time provided for filing a pretrial motion." The rule does not on its face apply to disclosure of an entrapment-by-estoppel defense, which differs from a public-authority defense. *See United States v. Achter*, 52 F.3d 753, 755 (8th Cir. 1995) (contrasting public-authority and entrapment-by-estoppel defenses). But the Eighth Circuit has held that entrapment-by-estoppel requires the same pretrial notice under Rule 12.3. *See United States v. Xiong*, 914 F.3d 1154, 1159-60 (8th Cir. 2019) ("The public authority and entrapment by estoppel defenses require pretrial disclosures, including notice and a list of witnesses, under Federal Rule of Criminal Procedure 12.3.").

1

**Agency Members Involved (Rule 12.3(a)(2)(B)):** Abdikerm Eidleh, Hadith Omar, Amy Bock, their agents at Safari, other Feeding Our Future employees whose names have not yet been disclosed by the Government; one or more Minnesota Department of Education employees whose identities are not yet known pending further discovery.

**Time (Rule 12.3(a)(2)(C)):** "In 2020 and 2021." *See* ECF No. 1, ¶ 16.

Upon request of the Government, Defendants will disclose additional information as required by Fed. R. Crim. P. 12.3(a)(4).

Date: July 22, 2024                              /s/ Jason Steck
                                          Jason Steck #0393077
                                          525 Park Street, Suite 320
                                          St. Paul, MN 55103
                                          (763) 402-1829
                                          Attorney for Mustafa Jama

Date: July 22, 2024                              /s/ Ryan Pacyga
                                          Ryan M. Pacyga (#0321576)
                                          860 Blue Gentian Road, Suite 175
                                          St. Paul, MN 55121
                                          612-339-5844
                                          Attorney for Sharmake Jama

Date: July 22, 2024                         /s/ Robert H. Ambrose
                                          Robert H. Ambrose Attorney
                                          License No. 389899 (MN)

Date: July 22, 2024                       /s/ Benjamin W. Koll
                                          Benjamin W. Koll
                                          Attorney License No. 0400148 (MN)

                                          Ambrose Law Firm, PLLC
                                          120 South Sixth Street #2480
                                          Minneapolis, MN 55402
                                          Phone: (612) 547-3199
                                          Attorneys for Ayan Jama

2

Date: July 22, 2024

*/s/Catherine Turner*
Catherine L. Turner
MN Attorney ID #0349057
331 Second Avenue South, Suite 705
Minneapolis, MN 55401
Tel: (612) 361-4895
Fax: (866) 663-4338
E-mail: ct@feddefense.com
Attorney for Asha Jama


Date:  July 22, 2024

/s/ Debra Hilstrom
Debra Hilstrom #0393077
525 Park Street, Suite 320
St. Paul, MN 55103
(763) 479-9304
Attorney for Zamzam Jama