# UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA
# CRIMINAL MOTION HEARING

UNITED STATES OF AMERICA,

           Plaintiff,

v.

Sharmake Jama (1),
Ayan Jama (2),
Asha Jama (3),
Mustafa Jama (5), and
Zamzam Jama (6),

           Defendants.

## COURT MINUTES
BEFORE: DAVID T. SCHULTZ
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 22-cr-225 |
| Date: | October 22, 2024 |
| Court Reporter: | Lori Simpson |
| Courthouse: | Minneapolis |
| Courtroom: | 9E |
| Time: | 11:14 AM / 12:01 PM |
| Time in Court: | 47 minutes |
| Hearing Type: | Oral Argument |

APPEARANCES:

Plaintiff: Matthew S. Ebert, Assistant U.S. Attorney
For Defendant Sharmake Jama (Dft 1): Ryan Pacyga, Retained
For Defendant Ayan Jama (Dft 2): Benjamin Koll and Robert Ambrose, Retained
For Defendant Asha Jama (Dft 3): Catherine Turner, Retained
For Defendant Mustafa Jama (Dft 5): Jason Steck, Retained
For Defendant Zamzam Jama (Dft 6): Debra Jean Hilstrom, Retained

☒ ORDER TO BE ISSUED    ☒ R&R TO BE ISSUED

Motions taken under advisement.

                                                                                            s/ ALS
                                                                                           Law Clerk