# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | **COURT MINUTES - CRIMINAL** |
| v. | Case No: 22-CR-0225 (NEB/DTS) |
| Sharmake Jama, Defendant. | Date: January 29, 2025 |
| | Court Reporter: Lynne Krenz |
| | Courthouse: Minneapolis |
| | Courtroom: 15 |
| | Time Commenced: 11:12 a.m. |
| | Time Concluded: 12:03 p.m. |
| | Sealed Hearing Time: |
| | Time in Court: Hours & 51 Minutes |

Before Patrick J. Schiltz, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:
  For Plaintiff:   Matthew Ebert, Assistant U.S. Attorney
  For Defendant:   Ryan Pacyga   ☐ FPD   ☐ CJA   ☒ Retained   ☐ Appointed

PROCEEDINGS:
  ☒ **Change of Plea Hearing.**

  ☒ PLEA:
    ☒ Guilty as to Counts: 7 and 20

  ☒   Presentence Investigation and Report requested.
  ☒   Bond continued.

s/CSG<br>Courtroom Deputy