# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | |
| Plaintiff, | ) | |

| | | |
|---|---|---|
| Case No: | 22-cr-225 (6) (NEB/DTS) |
| Date: | March 31, 2026 |
| Courthouse: | Minneapolis |
| Courtroom: | 13W |
| Court Reporter: | Renee Rogge |
| Time Commenced: | 10:05 a.m. |
| Time Concluded: | 10:35 a.m. |
| Time in Court: | 30 minutes |

v.

ZAMZAM JAMA,

Defendant.

Before Nancy E. Brasel, United States District Judge
APPEARANCES:

    For Plaintiff:    Matthew Murphy, Assistant U.S. Attorney
    For Defendant:    Debra Hillstrom, Retained Attorney

☒ **Sentencing.**

**IT IS ORDERED:**
**Defendant is sentenced to:**

| Count Nos. | Plea | BOP | SR |
|---|---|---|---|
| 23 | X | 6 months | 1 year |

☒ Special conditions of: **See J&C for special condition.**
☒ Special assessment in the amount of $100.00 due immediately.
☒ Restitution in the amount of $491,245 is due immediately.
☒ Sealed filing at ECF No. 242 shall remain sealed for 10 years  (3/31/36)
☒ Counts 13 and 26 of the Indictment are dismissed my motion of the United States.
☒ Defendant is released on the conditions of release. Defendant shall voluntarily surrender to her place of confinement on 6/2/26 by 12:00 p.m. If a designation has not been determined by that date or the defendant prefers she may surrender to the US. Marshal Services in Minneapolis, MN on 6/2/26 by 12:00 p.m.

Date: March 31, 2026

            s/Kristine Wegner
            Courtroom Deputy to Judge Nancy E. Brasel