# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | |
| Plaintiff, | ) | Case No:    22-cr-225 (1) (NEB/DTS) |
| | ) | Date:    May 7, 2026 |
| v. | ) | Courthouse:    Minneapolis |
| | ) | Courtroom:    13W |
| SHARMAKE JAMA, | ) | Court Reporter:    Renee Rogge |
| | ) | Time Commenced: 10:05 a.m. |
| Defendant. | ) | Time Concluded:    10:45 a.m. |
| | ) | Time in Court:    40 minutes |
| | ) | |

Before Nancy E. Brasel, United States District Judge
APPEARANCES:

    For Plaintiff:    Matthew Murphy, Assistant U.S. Attorney
    For Defendant:    Marie Pacyga, Retained Attorney

☒ **Sentencing.**
☒ **Government's motion is granted.**

**IT IS ORDERED:**
**Defendant is sentenced to:**

| Count Nos. | Plea | BOP | SR |
|---|---|---|---|
| 7 | X | 16 months to be served concurrently to Count 20 | 3 years to be served concurrently to Count 20 |
| 20 | X | 16 months to be served concurrently to Count 7 | 3 years to be served concurrently to Count 7 |

☒ Special conditions of: **See J&C for special condition.**
☒ Special assessment in the amount of $200.00 due immediately.
☒ Restitution in the amount of $5,310,522 is due immediately.
☒ Counts 1-6, 10-14, 21 and 27 of the Indictment are dismissed my motion of the United States.
☒ The sealed and restricted filings ate ECF 268-269 and 275 shall remain sealed or restricted for 10 years (5/7/36)
☒ Defendant is released on his conditions of release. Defendant shall voluntarily surrender to his place of confinement on 6/18/26 by 12:00 p.m. If a designation has not been determined by that date or the defendant prefers he may surrender to the US. Marshal Services in Minneapolis, MN on 6/18/26 by 12:00 p.m.

Date: May 7, 2026                              s/Kristine Wegner
                                              Courtroom Deputy to Judge Nancy E. Brasel