# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | |
| Plaintiff, | ) | Case No:           22-cr-225 (3) (NEB/DTS) |
| | ) | Date:                June 16, 2026 |
| v. | ) | Courthouse:     Minneapolis |
| | ) | Courtroom:       13W |
| ASHA JAMA, | ) | Court Reporter:  Renee Rogge |
| | ) | Time Commenced: 4:05 p.m. |
| Defendant. | ) | Time Concluded:   4:30 p.m. |
| | ) | Time in Court:      25 minutes |
| | ) | |

Before Nancy E. Brasel, United States District Judge
APPEARANCES:
    For Plaintiff:      Matthew Murphy, Assistant U.S. Attorney
    For Defendant:    Catherine Turner, Retained Attorney

☒ **Sentencing.**
☒ **Minor role adjustment moved, argued and ruled upon on the record.**

**IT IS ORDERED:**
**Defendant is sentenced to:**

| Count Nos. | Plea | BOP | SR |
|---|---|---|---|
| 16 | X | 6 months | 1 year |

☒ Special conditions of: **See J&C for special condition.**
☒ Restitution in the amount of $449,933 is due immediately.
☒ Special assessment in the amount of $100.00 due immediately.
☒ Counts 13 and 18 of the Indictment are dismissed on motion by the Government.
☒ Defendant is released on her bond conditions. Defendant shall voluntarily surrender to her place of confinement on 7/16/26 by 12:00 p.m. If a designation has not been determined by that date or the defendant prefers she may surrender to the US. Marshal Services in Minneapolis, MN on 7/16/26 by 12:00 p.m.

Date: June 16, 2026

                                              s/Kristine Wegner
                                              Courtroom Deputy to Judge Nancy E. Brasel